BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID W. LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| QUINCALEE ANDRY,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:12-cv-746-KJN<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment.

    This is the first request for an extension of time for Defendant to file his cross-motion for summary judgment.

    Counsel for Defendant respectfully requests an extension of time due to his workload, which includes multiple district court briefs, substantive non-litigation matters, and mentoring duties.

    The current due date for Defendant's cross-motion for summary judgment is September 10, 2012. The new due date will be October 10, 2012.

////

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                  Respectfully submitted,

Dated: September 4, 2012        */s/Stephen Anthony Valizan*
                                           (As authorized via email)
                                           STEPHEN ANTHONY VALIZAN
                                           Attorney for Plaintiff

Dated: September 5, 2012        BENJAMIN B. WAGNER
                                           United States Attorney
                                           DONNA L. CALVERT
                                           Acting Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           /s/ *David Lerch*
                                           DAVID LERCH
                                           Special Assistant U.S. Attorney

                                           Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: September 6, 2012

                                           _____
                                           KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE